# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **LISA G. WILDENBERG,** <br><br> **PLAINTIFF,** <br><br> VS. <br><br> **ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,** <br><br> **DEFENDANT.** | **CIVIL NO. 1:18-CV-00129-RJC-DSC** |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Consent Motion for Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) (EAJA) filed on July 22, 2019. Having reviewed the Motion, supporting materials, memorandum in support, and the case file the Court determines that Plaintiff should be awarded attorney's fees under the EAJA in the amount of $6800.00.

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED** to the extent that the Court will award attorney's fees in the amount of $6800.00 and that pursuant to Comm'r of Soc. Sec. v. Ratliff, 560 U.S. --, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The

Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to her counsel. If the United States Department of the Treasury reports to the Commissioner that Plaintiff does not owe a federal debt, the Government will exercise its discretion and honor an assignment of EAJA fees and pay the awarded fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

    **SO ORDERED**.

Signed: July 23, 2019

David S. Cayer
United States Magistrate Judge